UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CARPENTER, CHARLES DOUGLAS JR. § Case No. 11-14591
CARPENTER, DARCI CHEVON §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MARK A. WARSCO, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/MARK A. WARSCO, Trustee_____
                                                                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Mortgage Service Center/PHH 4001 Leadenhall Rd Mount Laurel, NJ 08054 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARK A. WARSCO, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| ROTHBERG LOGAN & WARSCO, LLP | | | | | |
| ROTHBERG LOGAN & WARSCO, LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anthony Wayne Credit Adjusters 809 South Calhoun St, Ste 100 Ft Wayne IN 46802-2307 | | | | | |
| | Beckman Lawson LLP 912 S Calhoun St Fort Wayne, IN 46802 | | | | | |
| | Best Buy/HSBC Bass & Associates 3936 E Ft Lowell Rd, Ste 200 Tucson, AZ 85712 | | | | | |
| | Blume Connelly Jordan & Stucky 110 W Berry St, Ste 1700 Ft Wayne IN 46802 | | | | | |
| | CBCS 1161 E. Clark Rd, Ste #240 DeWitt, MI 48820 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citifinancial PO Box 6931 The Lakes, NV 88901 | | | | | |
| | Clarian Health Partners 2212 Reliable Parkway Chicago IL 60686-0022 | | | | | |
| | Credit Bureau Collection Svcs 110 W Berry St, Ste 1700 Fort Wayne, IN 46802 | | | | | |
| | DECA Financial Svcs Dept 388 PO Box 4115 Concord, PA 94524 | | | | | |
| | Dupont Hospital 15682 Collections Center Dr Chicago, IL 60693-0001 | | | | | |
| | Emergency Medicine of IN PO Box 11849 Ft Wayne IN 46861-1849 | | | | | |
| | Ft Wayne Radiology PO Box 5602 Ft Wayne IN 46895-5602 | | | | | |
| | GEMB/Old Navy PO Box 981400 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GLA Collection Company PO Box 7728 Louisville KY 40257-0728 | | | | | |
| | Harris & Harris LTD 222 Merchandise Mart Plaza, Ste 1900 Chicago, IL 60654 | | | | | |
| | IMC Credit Services PO Box 20636 Indianapolis IN 46220-0636 | | | | | |
| | Indiana Radiology Partners c/o Herris & Harris 2220 Merchandise Mart Pl, Ste 1900 Chicago, IL 60654 | | | | | |
| | Indiana Surgical Specialists 11141 Parkivew Plaza Dr, Ste 305 Ft Wayne IN 46845 | | | | | |
| | JB Robinson PO Box 740425 Cincinnati OH 45274-0425 | | | | | |
| | Lutheran Hospital 15691 Collections Ctr Dr Chicago, IL 60693 | | | | | |
| | MSCB Inc PO Box 1567 Paris, TN 38242 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Macys 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Meijer PO Box 981400 El Paso, Tx 79998 | | | | | |
| | North American Van Lines PO Box 988 Fort Wayne, IN 46801 | | | | | |
| | OneMain Financial PO box 183172 Columbus, OH 43218 | | | | | |
| | Parkview Health System PO Box 2253 Ft Wayne IN 46801 | | | | | |
| | Parkview Hospital PO Box 9358 Des Moines IA 50306-9358 | | | | | |
| | Professional Recovery Services 7319 W Jefferson Blvd Ft Wayne IN 46804 | | | | | |
| | Riley Hospital for Children 702 Barnhill Dr. Indianapolis, IN 46202 | | | | | |
| | Snow & Sauerteig 203 E Berry St, Ste 1310 Fort Wayne, IN 46802 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Snow & Sauerteig 203 E Berry St, Ste 1310 Fort Wayne, IN 46802 |  |  |  |  |  |
|  | Summit Anesthesia PO Box 11535 Fort Wayne, IN 46859 |  |  |  |  |  |
|  | University Urologists PO Box 2303, Dept 164 Indianapolis IN 46206 |  |  |  |  |  |
|  | Women's Health Advantage 7635 W Jefferson Blvd Ft Wayne IN 46804 |  |  |  |  |  |
| 6 | FT WAYNE UROLOGY |  |  |  |  |  |
| 3 | PARKVIEW PHYSICIANS GROUP |  |  |  |  |  |
| 5 | PREFERRED ANESTHESIA CONSULTANTS |  |  |  |  |  |
| 7 | PREFERRED ANESTHESIA CONSULTANTS |  |  |  |  |  |
| 1 | PREFERRED ANESTHESIA CONSULTANTS, P |  |  |  |  |  |
| 2 | PREFERRED ANESTHESIA CONSULTANTS, P |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | PROFESSIONAL EMERGENCY PHYSICIANS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 11-14591    REG    Judge: ROBERT E. GRANT | Trustee Name: | MARK A. WARSCO, Trustee |
|---|---|---|---|
| Case Name: | CARPENTER, CHARLES DOUGLAS JR. | Date Filed (f) or Converted (c): | 12/21/11 (f) |
| | CARPENTER, DARCI CHEVON | 341(a) Meeting Date: | 01/24/12 |
| For Period Ending: | 04/30/13 | Claims Bar Date: | 08/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Tax Refunds for 2011 (u) | Unknown | 2,635.00 | | 2,817.00 | FA |
| Darcie: fed $2788 minus $2010 EIC + state $247 = $1025  x 97% (day 355) = $993.  Charles: fed $3591 minus $1994 EIC + state $284 = $1881 = $1824 | | | | | |
| 2. House @ 1714 Olladale Dr., Fort Wayne, IN | 75,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Checking w/ Three Rivers FCU | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking w/Fort Financial CU | 100.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 1,700.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Bands | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. Paintball Guns | 10.00 | 0.00 | | 0.00 | FA |
| 9. Her term life through work | 0.00 | 0.00 | | 0.00 | FA |
| 10. His 401k through work | 9,000.00 | 0.00 | | 0.00 | FA |
| 11. 2000 GMC Jimmy | 3,000.00 | 0.00 | | 0.00 | FA |
| 12. 1991 Cadillac Deville | 1,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $93,310.00 | $2,635.00 | | $2,817.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/24/12-cew Section 341 meeting:  No previous bkcy.  2011 refund expected to be more than last year; Trustee asked for copies of tax returns and cautioned not to spend any refund checks.  He provided his bank statement to Atty;  Mrs. Carpenter will provide statement to attorney.  2/6/12-cew Trustee's letter to debtor attorney requesting copies of tax returns when filed and turnover of refund checks. 3/13/12-lab Trustee does not object to Motion for Relief filed by PHH

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 17.01

Case 11-14591-reg   Doc 37   Filed 05/16/13   Page 12 of 15

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-14591    REG    Judge: ROBERT E. GRANT | Trustee Name: | MARK A. WARSCO, Trustee |
| Case Name: | CARPENTER, CHARLES DOUGLAS JR. | Date Filed (f) or Converted (c): | 12/21/11 (f) |
| | CARPENTER, DARCI CHEVON | 341(a) Meeting Date: | 01/24/12 |
| | | Claims Bar Date: | 08/16/12 |

Mtg. Corp., 1714 Olladale Dr., FTW. 5/15/12-cew Received copies of tax returns: Debtors filed separately; federal and state return received for Charles, but only federal return for Darcie; contacted Attorney Ripke's office about sending copy of her Indiana return. Mr. Carpenter has received both of his refunds; Mrs. Carpenter has received her federal refund; do not know about Indiana refund. 5/31/12-cew  Trustee's letter to Attorney Ripke: By June 8, Mr. Carpenter to pay $1824 from tax refunds; Mrs. Carpenter to pay $754 for fed refund plus 97% of state refund (whatever that was) and provide copies of state returns. 6/15/12-cew Trustee's Motion for Turnover; notices mailed, objections due 7/6/12. 6/22/12-cew Received payment from Mr. Carpenter (dropped off at office); he indicates that Mrs. Carpenter will turn over 97% of state refund when received. 7/11/12-cew Order for turnover issued. 7/27/12-cew Received copies of state tax return; email sent to Kristi at Ripke's office that Mrs. Carpenter needs to turn over $239 from the state refund she received in May. 8/8/12-lab rec'd $239 for payment of state refund. 10/11/12-cew Claims 1 & 2 of Preferred Anesthesia appear to be duplicated by claims 5 and 7; spoke with Yoli at Snow & Sauerteig - she confirms they are duplicated. Trustee's recommendation on claims.  October 19, 2012 (TDW) Application for Attorney Fees has been filed.  January 8, 2013 (TDW) Final Report has been submitted to USTE.  February 5, 2013 (TDW) Notice of Final Report has been filed and mailed.  Objections due 2/26.  March 11, 2013 (TDW) Checks mailed to creditors.  April 29, 2013 (TDW) Final Account has been submitted to USTE.

Initial Projected Date of Final Report (TFR): 10/01/12            Current Projected Date of Final Report (TFR): 10/01/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-14591 -REG | Trustee Name: | MARK A. WARSCO, Trustee |
|---|---|---|---|
| Case Name: | CARPENTER, CHARLES DOUGLAS JR. | Bank Name: | ASSOCIATED BANK |
| | CARPENTER, DARCI CHEVON | Account Number / CD #: | *******0801  Checking Account |
| Taxpayer ID No: | *******4061 | | |
| For Period Ending: | 04/30/13 | Blanket Bond (per case limit): | $ 74,147,352.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,808.21 | | 2,808.21 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.75 | 2,807.46 |
| 03/11/13 | 300001 | MARK A. WARSCO, Trustee<br>505 E. WASHINGTON BLVD.<br>P.O. BOX 11647<br>FORT WAYNE, IN  46859-1647 | Chapter 7 Compensation/Fees | 2100-000 | | 704.25 | 2,103.21 |
| 03/11/13 | 300002 | ROTHBERG LOGAN & WARSCO, LLP<br>505 E. WASHINGTON BLVD.<br>P.O. BOX 11647<br>FORT WAYNE, IN  46859-1647 | ATTORNEY FOR TRUSTEE FEES | | | 904.58 | 1,198.63 |
| | | | Fees           895.00 | 3110-000 | | | |
| | | | Expenses         9.58 | 3120-000 | | | |
| 03/11/13 | 300003 | Preferred Anesthesia Consultants, PC<br>1818 Carew St, Suite 220<br>Ft Wayne IN 46805 | Claim 1, Payment 69.20348%<br>CLAIM #1<br>ACCT -9222 | 7100-000 | | 177.50 | 1,021.13 |
| 03/11/13 | 300004 | Preferred Anesthesia Consultants, PC<br>1818 Carew St, Suite 220<br>Ft Wayne IN 46805 | Claim 2, Payment 69.20472%<br>CLAIM #2<br>ACCT -0148 | 7100-000 | | 83.80 | 937.33 |
| 03/11/13 | 300005 | Parkview Physicians Group<br>c/o Matthew J. Connelly, Esq.<br>110 W. Berry St. Ste. 1700<br>Fort Wayne, IN 46802 | Claim 3, Payment 69.20284%<br>CLAIM #3<br>ACCT -8745 | 7100-000 | | 581.29 | 356.04 |
| 03/11/13 | 300006 | Professional Emergency Physicians<br>PO Box 12949<br>Ft Wayne IN 46866-2949 | Claim 4, Payment 69.20346%<br>CLAIM #4<br>ACCT -0763 | 7100-000 | | 97.48 | 258.56 |
| 03/11/13 | 300007 | Ft Wayne Urology<br>c/o Snow&Sauerteig<br>203 E Berry St Ste 1100<br>Ft Wayne, In 46802 | Claim 6, Payment 69.20215%<br>CLAIM #6<br>file #11-55959 | 7100-000 | | 258.56 | 0.00 |
| | | | Page Subtotals | | 2,808.21 | 2,808.21 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-14591 -REG | Trustee Name: | MARK A. WARSCO, Trustee |
|---|---|---|---|
| Case Name: | CARPENTER, CHARLES DOUGLAS JR. | Bank Name: | ASSOCIATED BANK |
| | CARPENTER, DARCI CHEVON | Account Number / CD #: | *******0801  Checking Account |
| Taxpayer ID No: | *******4061 | | |
| For Period Ending: | 04/30/13 | Blanket Bond (per case limit): | $ 74,147,352.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,808.21 | 2,808.21 | 0.00 |
| Less: Bank Transfers/CD's | 2,808.21 | 0.00 | |
| Subtotal | 0.00 | 2,808.21 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,808.21 | |

Page Subtotals        0.00        0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 11-14591 -REG |
|---|---|
| Case Name: | CARPENTER, CHARLES DOUGLAS JR. |
| | CARPENTER, DARCI CHEVON |
| Taxpayer ID No: | *******4061 |
| For Period Ending: | 04/30/13 |

| Trustee Name: | MARK A. WARSCO, Trustee |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0106  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 74,147,352.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/22/12 | 1 | CHARLES DOUGLAS CARPENTER JR. | tax refunds | 1224-000 | 2,578.00 | | 2,578.00 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.38 | 2,574.62 |
| 08/08/12 | 1 | CHARLES DOUGLAS CARPENTER JR. | state tax refund (Darci Carpenter) | 1224-000 | 239.00 | | 2,813.62 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.45 | 2,810.17 |
| 09/18/12 | | BANK OF AMERICA, N.A.<br>901 MAIN ST.<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 1.96 | 2,808.21 |
| 09/18/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,808.21 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 2,817.00 | 2,817.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 2,808.21 | |
| Subtotal | 2,817.00 | 8.79 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,817.00 | 8.79 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0801 | 0.00 | 2,808.21 | 0.00 |
| BofA - Checking Account - ********0106 | 2,817.00 | 8.79 | 0.00 |
| | 2,817.00 | 2,817.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 2,817.00 | 2,817.00 |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)